IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VIRGINIA STARK | : | |
| | : | Case No. 2:10-CV-642 |
| Plaintiff, | : | |
| | : | Judge James L. Graham |
| vs. | : | |
| | : | Magistrate Judge Mark R. Abel |
| MARS, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**<u>ORDER AND ENTRY</u>**

The above-captioned case is before the Court on Plaintiff Virginia Stark's Motion to File Document under Seal pursuant to Rule 79.3 of the Court's Local Rules of Practice.

The Court notes that there is a Protective Order filed in this case (Doc. #25) that addresses the filing of documents or materials containing "Confidential Information". The Court further understands that Plaintiff seeks to file a document marked as Confidential by the Defendants, Deposition Exhibit 81, in support of her Motion for Summary Judgment.

The Court, therefore, GRANTS Plaintiff's Motion and ORDERS that the document identified as Deposition Exhibit 81 be filed with the Clerk of Courts under seal in conformity with Rule 79.3 of the Court's Local Rules of Practice.

It is so ORDERED.

<u>s/Mark R. Abel</u>
United States Magistrate Judge